POLAROID CORP. v. OFFERMAN

No. 70PA98

Case below: 128 N.C.App. 422

Petition by Attorney General for Secretary of Revenue for discretionary review pursuant to G.S. 7A-31 allowed 2 April 1998.

RINALDI v. NORFOLK SOUTHERN RAILWAY CO.

No. 56P98

Case below: 128 N.C.App. 332

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

ROUSSELO v. STARLING

No. 92P98

Case below: 128 N.C.App. 439

Motion by Attorney General to dismiss notice of appeal allowed 2 April 1998. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

SHARP v. BAKER

No. 603P97

Case below: 127 N.C.App. 754

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

SMITH v. N.C. DEPT. OF LABOR

No. 59P98

Case below: 128 N.C.App. 533

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.